O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE REMBLE, | ) | Case No. CV 11-07155 DDP (PLAx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR MODIFICATION OF FILING FEE ORDER** |
| UNITED STATES OF AMERICA; SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendants. | ) | [Docket No. 4] |

Plaintiff's Motion for Modification of Filing Fee Order is GRANTED.  Plaintiff may remit the initial partial filing fee of $329.60 as funds become available.  28 U.S.C. § 1915(b)(1).  After payment of the initial filing fee, Plaintiff shall make payments toward the full fee amount in accordance with 28 U.S.C. § 1915(b)(2).

IT IS SO ORDERED.

Dated: October 19, 2011

DEAN D. PREGERSON
United States District Judge